Brett E. Lewis (*Pro Hac Vice Application Forthcoming*)
Roberto Ledesma (*Pro Hac Vice Application Forthcoming*)
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com
         Roberto@iLawco.com

*Attorneys for Fidan Chong and Jahangir Ali-zada*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fidan Chong and Jahangir Ali-zada,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DekaBank Deutsche Girozentrale,<br><br>　　　　Defendant. | Case No. 2:17-cv-01709-ESW<br><br>**MOTION FOR PROPOSED ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

　　　　Plaintiffs Fidan Chong and Jahangir Ali-zada request that the Court issue an Order appointing Crowe Foreign Services as international process server pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in civil or commercial matters developed at the Tenth Session of the Hague Conference on Private International Law on November 15, 1965.  As grounds therefore, Plaintiff states as follows:

　　　　On June 2, 2017, Plaintiffs filed a Complaint in the U.S. District Court for the District of Arizona.  The Defendant, DekaBank Deutsche Girozentrale, is a German company which does business in Germany with a usual place of business at Mainzer Landstrasse 16, 60325 Frankfurt am Main, Germany.  Pursuant to Federal Rules of Civil Procedure 4(d)(2), on June 27, 2017, the

Plaintiffs served Defendant by first-class mail with a Notice of Lawsuit and Request for Waiver of Service of Summons. The Defendant never responded to Plaintiffs' request. Accordingly, Plaintiffs have retained Crowe Foreign Services to effect service of the Complaint and Summons on the Defendant in Germany pursuant to the Hague Convention.

Wherefore, the Plaintiffs respectfully request that the Court issue an Order appointing Crowe Foreign Services international process server. The Plaintiffs have enclosed a proposed order appointing international process service to the above motion.

Respectfully submitted,

Dated: September 13, 2017

LEWIS & LIN, LLC

By: _/Roberto Ledesma/_____
Brett E. Lewis (*pro hac vice forthcoming*)
Roberto Ledesma (*pro hac vice forthcoming*)
45 Main Street, Suite 608
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326
brett@iLawco.com
roberto@iLawco.com

*Attorneys for Plaintiffs*