UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fidan Chong and Jahangir Ali-zada,<br><br>    Plaintiffs,<br><br>vs.<br><br>DekaBank Deutsche Girozentrale,<br><br>    Defendant. | Case No. 2:17-cv-01709-ESW<br><br>**ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

    Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls and Crowe Foreign Services, specializing in international service of process, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, as the authority and judicial officer competent under the Jurisdiction of this Court to issue and forward a request to the applicable Central Authority, for service of any and all documents to be served in this case in accordance with the Hague Service Convention.

    IT IS SO ORDERED this _____ day of _____, 2017.

                                                        BY THE COURT:

                                                     _____